# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAISY LYNNE MEADOWS, | Case No.: 2:23-cv-01995-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| DEBORAH STRIPLIN, et al., | |
| Defendants | |

I ORDER that within 14 days of the Attorney General accepting service for any named defendant, that defendant shall respond to the motions for temporary restraining order and preliminary injunction (ECF Nos. 10, 11).

DATED this 7th day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE