# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAISY LYNNE MEADOWS, | Case No.: 2:23-cv-01995-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| DEBORAH STRIPLIN, et al., | |
| Defendants | |

The defendants' response to plaintiff Diasy Meadows' motion for permanent injunction does not address her allegation in the motion that defendant Clark retaliated against Meadows by changing the shower plan. ECF Nos. 28, 30.  As the shower plan and Clark's alleged conduct in purposefully subjecting Meadows to the threat of other inmates' violence are part of Meadows' Eighth Amendment deliberate indifference claim that survived screening in this case, I order the defendants to file a supplemental response that addresses that allegation. *See* ECF No. 8 at 15-17, 28.

I THEREFORE ORDER that by June 20, 2024, the defendants will file a supplemental response to the motion for permanent injunction (ECF Nos. 28).  Meadows may file a reply within seven days after the supplemental response is filed.

DATED this 6th day of June, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE