# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAISY LYNNE MEADOWS, | Case No.: 2:23-cv-01995-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| DEBORAH STRIPLIN, et al., | |
| Defendants | |

The proposed joint pretrial order is overdue. See ECF No. 38.

I THEREFORE ORDER that by May 20, 2025, the parties shall file a proposed joint pretrial order. Failure to comply with this order may result in sanctions, including dismissal of claims and defenses and monetary sanctions.

DATED this 1st day of May, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE