# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAISY LYNNE MEADOWS,

    Plaintiff

v.

DEBORAH STRIPLIN, et al.,

    Defendants

Case No.: 2:23-cv-01995-APG-MDC

**Order**

Local Rule 16-3(b) requires the plaintiff to take the initiative to prepare the joint pretrial order that must be filed before this case can be set for trial.  The proposed order was not timely filed so I extended the deadline to file it. ECF No. 46.  Because plaintiff Daisy Meadows is representing herself, the defendants prepared a draft joint pretrial order and sent it to Meadows. ECF No. 48.  Rather than help to prepare that order, Meadows filed a six-page response about her being a representative of God and apparently not bound by this court's rules. ECF No. 47. Even if true, Meadows invoked this court's powers by filing this lawsuit seeking a judgment from this court. ECF No. 1-1.  If she no longer wants relief from this court and is no longer willing to comply with this court's rules, then I will dismiss her case.  If she intends to go forward with this case, I will give her one final chance to comply with this court's rules and participate in preparing the joint pretrial order.

I THEREFORE ORDER that Daisy Meadows must respond to the defendants' draft joint pretrial order and assist in preparing a final version of that document that complies with Local Rules 16-3 and 16-4.  The parties' proposed order must be filed by **June 12, 2025**.  If Meadows does not properly participate in that effort, the defendants will file a notice by that deadline stating the efforts it undertook to comply with this order.  As warned in my prior order, if

Meadows fails to comply with the court's rules and this order, I will enter sanctions, likely including the dismissal of this case and Meadows' claims.

DATED this 27th day of May, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE