UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAISY LYNNE MEADOWS, | Case No.: 2:23-cv-01995-APG-MDC |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| DEBORAH STRIPLIN, et al., | |
| Defendants | |

Plaintiff Daisy Meadows has continued to shirk her responsibilities under Local Rule 16-3(b) to initiate and participate in preparation of the proposed joint pretrial order. I have entered three prior orders directing her to do so. ECF Nos. 46, 50, 54. In my prior orders, I warned Meadows that her failure to comply with the court rules will result in sanctions, including dismissal of her claims. Meadows has repeatedly responded with lengthy statements about her being God's representative on Earth and not being bound by this court's rules. This case cannot proceed without a proper joint pretrial order, and I refuse to allow it to linger on the docket any further.

I THEREFORE ORDER that this case is dismissed without prejudice based on plaintiff Daisy Meadows' continued refusal to initiate and participate in preparation of the proposed joint pretrial order.

I FURTHER DIRECT the clerk of court to close this file.

DATED this 8th day of July, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE